

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00591-CR

**IN RE** Larry Dwayne **NEWTON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Catherine Stone, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

On August 15, 2014, relator filed a petition for writ of mandamus. This court has determined that it lacks the jurisdiction to grant the relief requested in relator's petition. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on August 27th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 09-2377-CR, styled *The State of Texas v. Larry Dwayne Newton*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight E. Peschel presiding.